OPINION — AG — SENATE BILL NO. 190 OF THE 1977 OKLAHOMA LEG. DOES NOT REPEAL THE STRUCTURAL PEST CONTROL ACT, 2 O.S. 1971 [2-1971], 3-171 ET SEQ., BECAUSE THE TWO PROVISIONS ARE NOT COMPLETELY IRRECONCILABLE, BUT TO THE EXTENT THAT THEY ARE INCONSISTENT, THE PROVISIONS IN THE NEW LAW PREVAIL OVER INCONSISTENT PROVISIONS OF THE STRUCTURAL PEST CONTROL ACT. (DON McCOMBS)